■ RAPHIAL FOGARTY et al., Respondents, v ELIZABETH JORDAN, Also Known as DOROTHY JORDAN, Appellant. [868 NYS2d 904]

The plaintiffs made a prima facie showing of their entitlement to judgment as a matter of law on their cause of action to compel specific performance of the contract by submitting proof of the validity of the contract of sale and their performance thereunder (*see Capece v Robbins,* 46 AD3d 589 [2007]; *Moutafis v Osborne,* 7 AD3d 686, 687 [2004]; *see generally Winegrad v New York Univ. Med. Ctr.,* 64 NY2d 851, 853 [1985]). In opposition, the defendant failed, through the submission of her counsel's affirmation and her conclusory pleadings, to meet her burden of raising a triable issue of fact as to her affirmative defenses (*see Hearst v Hearst,* 50 AD3d 959, 961-962 [2008]; *Cosh v Cosh,* 45 AD3d 798, 799-800 [2007]; *Whitehead v Town House Equities, Ltd.,* 8 AD3d 367 [2004]; *Mandell v Finkel,* 298 AD2d 365, 366 [2002]; *Warren Elec. Supply v Davidson,* 284 AD2d 869 [2001]). Accordingly, the Supreme Court properly directed the defendant to convey the subject property pursuant to the terms of the contract between the parties. Mastro, J.P., Miller, Balkin and McCarthy, JJ., concur.